PER CURIAM.
Affirmed. Caulfield v. AC & D Marine, Inc., 633 F.2d 1129 (5th Cir.1981); Tyus v. Apalachicola Northern R.R., 130 So.2d 580, 587 (Fla.1961); Kaas v. Atlas Chemical Co., 623 So.2d 525 (Fla. 3d DCA 1993); Silva v. Nightingale, 619 So.2d 4 (Fla. 5th DCA 1993); Venning v. Roe, 616 So.2d 604 (Fla. 2d DCA 1993); Schubert v. Allstate Ins. Co., 603 So.2d 554 (Fla. 5th DCA), rev. dismissed, 606 So.2d 1164 (Fla.1992); Borden, Inc. v. Young, 479 So.2d 850, 851 (Fla. 3d DCA 1985), rev. denied, 488 So.2d 832 (Fla.1986).